**RECEIVED**

NOV 07 2007 aew
NOV 07 2007
**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

Mr. Derrick Hicks
_____

_____

_____
(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Cook County D.O.C
Officer Karlos #8787
Superintendent Plaxico
_____

_____

_____
(Enter above the full name of ALL
defendants in this action. <u>Do not</u>
use "et al.")

07CV6307
JUDGE MANNING
MAG. JUDGE ASHMAN

_____
(to be supplied by the <u>Clerk of this Court</u>)

In their individual and official capacity;

**CHECK ONE ONLY:**

✓⎯⎯⎯     **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code** (state, county, or municipal defendants)

⎯⎯⎯     **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code** (federal defendants)

⎯⎯⎯     **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I.  **Plaintiff(s):**

    A.    Name: _____ *Mr. Derrick Hicks* _____

    B.    Date of Birth: *08-18-1982* _____

    C    List all aliases: _____

    D.    Prisoner identification number: *#2006-0035945* _____

    E.    Place of present confinement: *Cook County D.O.C Division 10*

    F.    Address: *P.O. Box 089002* _____

(If there is more than one plaintiff, then each plaintiff must list his or her name, date of birth, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II.  **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

    A.    Defendant: *Officer Karlos Badge #8787* _____

          Title: *Correctional officer* _____

          Place of Employment: *Cook County Jail D.O.C*

    B.    Defendant: *Superintendent Plaxico* _____

          Title: *Superintendent of Division 10*

          Place of Employment: *Cook County Jail D.O.C*

    C.    Defendant: *(et al.)* _____

          Title: _____

          Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

Revised 5/2007

III.  **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A.  Name of case and docket number: _____

_____

B.  Approximate date of filing lawsuit: _____

C.  List all plaintiffs (if you had co-plaintiffs), including any aliases: _____

_____

_____

_____

D.  List all defendants: _____

_____

_____

E.  Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____

F.  Name of judge to whom case was assigned: _____

G.  Basic claim made: _____

_____

_____

H.  Disposition of this case (for example:  Was the case dismissed?  Was it appealed? Is it still pending?): _____

_____

_____

I.  Approximate date of disposition: _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE.  CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 5/2007

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On January 21st 2007 at Cook County Jail D.O.C in Division 10 - Tier 4D I Pre-Trial detainee Derrick Hicks was sitting in the dayroom watching television when all of a sudden a fight Broke out involving numerous other detainees. As the fight started to spread throughout the dayroom I was trying to get out of the way of those violent detainees, while trying to get out of the way I was Beaten by a Mob of numerous detainees that struck me with food trays, Milk crates their feet and fist until I lost consciousness. When I gained conscious I looked at the inner-lock office where the officer of the tier be located I observed approximately 15 officers in the inner-lock area watching the fight. As the fight was getting worse I tried to get off of the tier by running to the inner-lock asking the officers to let me off of the tier away from the violent men who were attacking me. But they didn't open the door for about 5 minutes after

4

My request to be secure. After the fight Had Came
to a cease the officers then came in to gain control
of the detainees on the tier. I then was sent to the nurse
because of my injuries which were a Blunt trauma to my
Head with a open wound, swelling on various parts of my
face and Bruises on my ribs and stomach area. A week
later I had to go to the outside Hospital for Blood clots
that was in my nose, that resulted from the incident
when I was being brutally Beaten.

5

**V.    Relief:**

State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite no cases or statutes.

Wherefore, Derrick Hicks Prays that Judgement be entered against all Defendants (a) awarding compensatory damages to Mr. Hicks for the violation of His constitutional rights; (b) awarding Punitive damages to Mr. Hicks for the violation of His Constitutional rights; and (C) awarding such other relief as the court deems Proper.

VI.    The plaintiff demands that the case be tried by a jury.    ☑ YES    ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief.  I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this ⅅ 4 day of 7-21, 20 07

Derrick Hicks
(Signature of plaintiff or plaintiffs)

Mr. Derrick Hicks
(Print name)

#20060035945
(I.D. Number)
P.O. Box 089002  Division 10
Chicago, IL. 60608.

(Address)

6                                                    Revised 5/2007

Part-A / Control #: 2007 X 2121

Referred To: D N 10/30p+

☐ Processed as a request.

# COOK COUNTY DEPARTMENT OF CORRECTIONS
## DETAINEE GRIEVANCE

Detainee Last Name: _____ First Name: _____

ID #: _____-_____, Div.: _____ Living Unit: _____ Date: ____/____/____

BRIEF SUMMARY OF THE COMPLAINT: _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:

_____

ACTION THAT YOU ARE REQUESTING:

_____

### DETAINEE SIGNATURE: _____

C.R.W.'S SIGNATURE: _____ DATE C.R.W. RECEIVED: 10 16 07

*Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form.*
*All appeals must be made in writing and directly submitted to the Superintendent.*

(WHITE COPY – PROG. SERV.)    (YELLOW COPY – C.R.W.)    (PINK COPY – DETAINEE)    (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

TO THE DISTRICT COURT I BEEN WAITING OVER SOME MONTHS FOR THE COUNSEL TO BRING BACK
MY RESPONDS TO THE DETAINEE GRIEVANCE. I BEEN PUTTING IN MORE GRIEVANCES TO THE
MATTER,AND I KEEP ASKING THE COUNSELER HERE AT THE COOK COUUNTY JAIL FOR THE REST OF
THE PAPERS BUT THEY KEEP ON LEADING ME ON AND ITS BEENM GOING ON FOUR MONTHS NOW AND
I AM STILL WAITING ON A RESPONSE AT YOUR EARLIEST CONVIENCE.


                    THANKYOU,

                    DERRICK HICKS
                    I.D.# 20060035945