PRISONER CASE

AE

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
## Civil Cover Sheet

**Plaintiff(s):** DERRICK HICKS

**Defendant(s):** OFFICER KARLOS, etc., et al.

**County of Residence:** WILL

**County of Residence:**

**Plaintiff's Address:**
Derrick Hicks
R-28626
Stateville - STV
P.O. Box 112
Joliet, IL 60434

**Defendant's Attorney:**

07CV6307
JUDGE MANNING
MAG. JUDGE ASHMAN

**Basis of Jurisdiction:**
☐ 1. U.S. Government Plaintiff
☑ 3. Federal Question (U.S. gov't. not a party)
☐ 2. U.S. Government Defendant
☐ 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff:

Defendant:

**Origin:**
☑ 1. Original Proceeding
☐ 2. Removed From State Court
☐ 3. Remanded From Appellate Court
☐ 4. Reinstated or Reopened
☐ 5. Transferred From Other District
☐ 6. MultiDistrict Litigation
☐ 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 555 Prison conditions

**Cause of Action:** 42:1983pr

**Jury Demand:** ☐ Yes  ☑ No

**Signature:** A. E. Woodham   **Date:** 11/07/2007

FILED
NOV - 7 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT