AE

**FILED**

NOV 0 7 2007

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**07CV6307
JUDGE MANNING
MAG. JUDGE ASHMAN**

Derrick Hicks:

As of 11-2-07 i will be in the I.D.O.C my ID# is R-28626. my house address is 10601 S. EdBrooke 2Fl Chicago, Ill. 60628

Thank you

Derrick Hicks