UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED

NOV 07 2007
NOV 07 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Mr. Derrick Hicks

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Cook County D.O.C.
Officer: Karlos #8787
Superintendent Plaxico

07CV6307
JUDGE MANNING
MAG. JUDGE ASHMAN

(To be supplied by the Clerk of this Court)

In their individual and official capacity;

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

CHECK ONE ONLY:

✓     COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
      U.S. Code (state, county, or municipal defendants)

_____ COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
      28 SECTION 1331 U.S. Code (federal defendants)

_____ OTHER (cite statute, if known)

BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.

I. **Plaintiff(s):**

   A. Name: _Mr. Derrick Hicks_

   B. Date of Birth: _08-18-1982_

   C. List all aliases: _____

   D. Prisoner identification number: _#2006-0035945_

   E. Place of present confinement: _Cook County D.O.C Division 10_

   F. Address: _P.O. Box 089002_

   (If there is more than one plaintiff, then each plaintiff must list his or her name, date of birth, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
   (In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

   A. Defendant: _Officer Karlos Badge #8787_

      Title: _Correctional Officer_

      Place of Employment: _Cook County Jail D.O.C_

   B. Defendant: _Superintendent Plaxico_

      Title: _Superintendent of Division 10_

      Place of Employment: _Cook County Jail D.O.C_

   C. Defendant: _(et al.)_

      Title: _____

      Place of Employment: _____

   (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

Revised 5/2007

III.  **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

   A.   Name of case and docket number: _____

   B.   Approximate date of filing lawsuit: _____

   C.   List all plaintiffs (if you had co-plaintiffs), including any aliases: _____
        _____
        _____

   D.   List all defendants: _____
        _____
        _____

   E.   Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____

   F.   Name of judge to whom case was assigned: _____

   G.   Basic claim made: _____
        _____
        _____

   H.   Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____
        _____
        _____

   I.   Approximate date of disposition: _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On January 21st 2007 at Cook County Jail D.O.C in Division 10 - Tier 4D I Pre-Trial detainee Derrick Hicks was sitting in the dayroom watching television when all of a sudden a fight broke out involving numerous other detainees. As the fight started to spread throughout the dayroom I was trying to get out of the way of those violent detainees, while trying to get out of the way I was Beaten by a Mob of Numerous detainees that struck me with food trays, Milk crates their feet and fist until I lost consciousness. When I gained conscious I looked at the inner-lock office where the officer of the tier be located I observed approximately 15 officers in the inner-lock area watching the fight. As the fight was getting worse I tried to get off of the tier by running to the inner-lock asking the officers to let me off of the tier away from the violent men who were attacking me, but they didn't open the door for about 5 minutes after

My request to be secure. After the fight Had came to a cease the officers then came in to gain control of the detainees on the tier. I then was sent to the nurse because of my injuries which were a Blunt trama to my Head with a open wound, swelling on various parts of my face and Bruises on my ribs and stomach area. A week later I had to go to the outside Hospital for Blood clots that was in my nose, that resulted from the incident when I was being brutally Beaten.

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Wherefore, Derrick Hicks prays that Judgement be entered against all Defendants (a) awarding compensatory damages to Mr. Hicks for the violation of his constitutional rights; (b) awarding punitive damages to Mr. Hicks for the violation of his Constitutional rights; and (c) awarding such other relief as the court deems proper.

VI. The plaintiff demands that the case be tried by a jury. ☑ YES ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 24 day of 7-21, 2007

_Derrick Hicks_
(Signature of plaintiff or plaintiffs)

Mr. Derrick Hicks
(Print name)

#20060035945
(I.D. Number)

P.O. Box 089002 Division 10
Chicago, IL. 60608
(Address)

Part-A / Control #: 2007 X _____

Referred To: DIV 10/SUPT

☐ Processed as a request.

# COOK COUNTY DEPARTMENT OF CORRECTIONS
# DETAINEE GRIEVANCE

Detainee Last Name: _____ First Name: _____

ID #: _____-_____ Div.: _____ Living Unit: _____ Date: ___/___/___

BRIEF SUMMARY OF THE COMPLAINT: _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:

_____

ACTION THAT YOU ARE REQUESTING:

_____

**DETAINEE SIGNATURE:** _____

C.R.W.'S SIGNATURE: _____  DATE C.R.W. RECEIVED: 10/16/07

*Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form. All appeals must be made in writing and directly submitted to the Superintendent.*

(WHITE COPY – PROG. SERV.)   (YELLOW COPY – C.R.W.)   (PINK COPY – DETAINEE)   (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

TO THE DISTRICT COURT I BEEN WAITING OVER SOME MONTHS FOR THE COUNSEL TO BRING BACK MY RESPONDS TO THE DETAINEE GRIEVANCE. I BEEN PUTTING IN MORE GRIEVANCES TO THE MATTER,AND I KEEP ASKING THE COUNSELER HERE AT THE COOK COUUNTY JAIL FOR THE REST OF THE PAPERS BUT THEY KEEP ON LEADING ME ON AND ITS BEENM GOING ON FOUR MONTHS NOW AND I AM STILL WAITING ON A RESPONSE AT YOUR EARLIEST CONVIENCE.

        THANKYOU,

        DERRICK HICKS
        I.D.# 20060035945