*MHW*

**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Derrick Hicks | 07C6307 |
| DEFENDANT | TYPE OF PROCESS |
| Cook County D.O.C., et al.s | S/C |

**SERVE** ➡ | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Officer Karlos, #8787

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

**AT** | Cook County Jail, C/O Rhonna, Legal Dept. 2nd. Flr. Div.5, Chicago, IL 60608

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Derrick Hicks-R-28626
Stateville-STV
P.O. Box 112
Joliet, IL 60434

Number of process to be served with this Form - 285

Number of parties to be served in this case

Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All
Telephone Numbers, and Estimated Times Available For Service):

2700 S. California

**FILED**
12-13-2007
DEC 13 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Signature of Attorney or other Originator requesting service on behalf of:    ☒ PLAINTIFF  ☐ DEFENDANT | TELEPHONE NUMBER | DATE 12-04-07

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Td | Date |
|---|---|---|---|---|---|---|
| | 2 of 2 | No. 24 | No. 24 | | | 12-04-07 |

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described
on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| Officer Ronna Farnandis | |
| Address (complete only if different than shown above) | Date of Service: 12/10/07  Time: 2:25 pm |
| | Signature of U.S. Marshal or Deputy |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|

One service fee charged same location & case #

REMARKS: See process sheet # 1 for charges.