UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MR. DERRICK HICKS, | ) | |
| | ) | |
| Plaintiff, | ) | 07 C 6307 |
| | ) | |
| vs. | ) | Honorable Judge |
| | ) | Blanche Manning |
| COOK COUNTY D.O.C., | ) | |
| OFFICER KARLOS #8787, | ) | Magistrate Judge Ashman |
| SUPERINTENDENT PLAXICO, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

TO:   Derrick Hicks R – 28626
Stateville – STV
P.O. Box 112
Joliet, IL 60434

**PLEASE TAKE NOTICE** that on January 10, 2008, at 11:00 a.m., I shall appear before the Honorable Blanche Manning in the courtroom usually occupied by him in Room 2125 of the United States District Court, Northern District of Illinois, Eastern Division, and present the attached **DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE PLEAD.**

Respectfully Submitted,
RICHARD A. DEVINE
State's Attorney of Cook County

By:   /s/Michael A. Kuczwara Jr.
Michael A. Kuczwara Jr.
500 Richard J. Daley Center
Chicago, Illinois 60602
(312) 603-3233

## CERTIFICATE OF SERVICE

I, Michael A. Kuczwara Jr., Assistant State's Attorney, certify that I served this notice by depositing such copy in the United States Mail at 500 Richard J. Daley Center, Chicago, Illinois, in an envelope bearing sufficient postage and via the CM/ECF system in accordance with Local Rule 5.9 of the Northern District of Illinois on January 2, 2008.

/s/Michael A. Kuczwara Jr.
Michael A. Kuczwara Jr.