CH

Date 12-15-07

Case Title:

DERRICK HICKS #R28626

Vs.

Officer Karlos

Case Number
07 C 6307

Judge:
Blanche M. Manning

NOTICE OF CHANGE OF ADDRESS

**FILED**
JAN 0 2 2008 aew
JAN 0 2 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

To: Prisoner Correspondent

Derrick Hicks R-28626 current Address is Now at the

| Menard Correctional Facility | Thank you |
| P.O Box 711 | Derrick Hicks |
| Menard, IL. 62259-0711 | |

To

UNITED STATES DISTRICT COURT

PRISONER CORRESPONDENCE

(219 South Dearborn street, chi, Ill. 60604)

To United States District Court FILED

PRisoner correspondence.