## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| MR. DERRICK HICKS, | ) | |
| | ) | |
| Plaintiff, | ) | 07 C 6307 |
| | ) | |
| vs. | ) | Honorable Judge |
| | ) | Blanche Manning |
| COOK COUNTY D.O.C., | ) | |
| OFFICER KARLOS #8787, | ) | |
| SUPERINTENDENT PLAXICO, | ) | |
| | ) | |
| Defendants. | ) | |

## **DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT**

NOW come the Defendants, SUPERINTENDENT PLAXICO and OFFICER KARLOS, Thomas Dart, through their attorney RICHARD A. DEVINE, by his assistant, Michael A. Kuczwara Jr., and answer Plaintiff's Complaint as follows:

1.      On January 21st 2007 at Cook County Jail D.O.C. in Division 10 – Tier 4D I Pre-Trial detainee Derrick Hicks was sitting in the dayroom watching television when all of a sudden a fight broke out in involving numerous other detainees.

ANSWER:  Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 1.

2.      As the fight started to spread throughout the dayroom I was trying to get out of the way of those violent detainees.

ANSWER: Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 2.

3.      While trying to get out of the way I was beaten by a mob of numerous detainees that struck me with food trays, milk crates their feet and fist until I lost consciousness.

ANSWER: Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 3.

4.      When I gained conscious I looked at the inner lock office where the officer of the tier be located I observed approximately 15 offices in the inner-lock area watching the fight as the fight was getting worse.

ANSWER: Defendants deny the allegations contained in paragraph 4.

5.      I tried to get off of the tier by running to the inner lock asking the officers to let me off of the tier away from the violent men who were attacking me but they didn't open the door for about 5 minutes after my request to be secure.

ANSWER: Defendants deny the allegations contained in paragraph 5.

6.      After the fight had came to a cease the officers then came in to gain control of the detainees of the tier.  I then was sent to the nurse because of my injuries which were a blunt trauma to my head with a open wound, swelling on various parts of my face and bruises on my ribs and stomach area.

ANSWER: Defendants deny the allegations contained in paragraph 6.

7.  A week later I had to go the outside hospital for blood clots that was in my nose that resulted from the incident when I was being brutally beaten.

ANSWER: Defendants deny the allegations contained in paragraph 7.

8.  Wherefore, Derrick Hicks prays that judgement be entered against all Defendants

(a) awarding compensatory damages to Mr. Hicks for the violation of his constitutional rights

ANSWER: Defendants deny the allegations contained in paragraph 8(a).

(b) awarding punitive damages to Mr. Hicks for the violation of his constitutional rights; and

ANSWER: Defendants deny the allegations contained in paragraph 8(b).

(c) awarding such other relief as the court deems proper.

ANSWER: Defendants deny the allegations contained in paragraph 8(c).

## **AFFIRMATIVE DEFENSES**

Defendants, SUPERINTENDENT PLAXICO and OFFICER KARLOS, through their attorney RICHARD A. DEVINE, by his assistant, Michael A. Kuczwara Jr. plead the following Affirmative Defenses to Plaintiff's Complaint:

1.  The Plaintiff has failed to exhaust his administrative remedies as required by the Prison Litigation Reform Act, 42 U.S.C. § 1997e(a). See Dale v. Lappin, 376 F.3d 652, 655 (7th Cir. 2004).

2.  The Defendant's conduct was at all times objectively reasonable and did not violate any of Plaintiff's clearly established Constitutional rights. Accordingly,

the Defendant is entitled to the defense of Qualified Immunity.

**JURY DEMAND**

Defendants, SUPERINTENDENT PLAXICO and OFFICER KARLOS respectfully demand trial by jury.

                                            Respectfully submitted,

                                            RICHARD A. DEVINE
                                            COOK COUNTY STATE'S ATTORNEY

                By:    /s/ Michael A. Kuczwara Jr.
                          Michael A. Kuczwara Jr.
                          Assistant State's Attorney

Michael A. Kuczwara Jr.
Assistant State's Attorney
Cook County State's Attorney's Office
500 Richard J. Daley Center
Chicago, Illinois 60602
(312) 603-3233