## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| MR. DERRICK HICKS, | ) | |
| | ) | |
| Plaintiff, | ) | 07 C 6307 |
| | ) | |
| vs. | ) | Honorable Judge |
| | ) | Blanche Manning |
| COOK COUNTY D.O.C., | ) | |
| OFFICER KARLOS #8787, | ) | |
| SUPERINTENDENT PLAXICO, | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF FILING

TO:    Derrick Hicks R – 28626
Stateville – STV
P.O. Box 112
Joliet, IL 60434

PLEASE TAKE NOTICE that on January 28, 2008, I caused to be filed with the Clerk of the United States District Court, Northern District of Illinois, the attached **Defendants' Answer**.

Respectfully Submitted,
RICHARD A. DEVINE
State's Attorney of Cook County

By:    /s/Michael A. Kuczwara Jr.
Michael A. Kuczwara Jr.
500 Richard J. Daley Center
Chicago, Illinois 60602
(312) 603-3233

### CERTIFICATE OF SERVICE

I, Michael A. Kuczwara Jr., Assistant State's Attorney, certify that I served this notice by depositing such copy in the United States Mail at 500 Richard J. Daley Center, Chicago, Illinois, in an envelope bearing sufficient postage and via the CM/ECF system in accordance with Local Rule 5.9 of the Northern District of Illinois on January 28, 2008.

/s/Michael A. Kuczwara Jr.
Michael A. Kuczwara Jr.