## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| MR. DERRICK HICKS, | ) | |
| | ) | |
| Plaintiff, | ) | 07 C 6307 |
| | ) | |
| vs. | ) | Honorable Judge |
| | ) | Blanche Manning |
| COOK COUNTY D.O.C., | ) | |
| OFFICER KARLOS #8787, | ) | Magistrate Judge Ashman |
| SUPERINTENDENT PLAXICO, | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF FILING

TO:   Derrick Hicks R – 28626
      Stateville – STV
      P.O. Box 112
      Joliet, IL 60434

    PLEASE TAKE NOTICE that on March 20, 2008, I caused to be filed with the Clerk of the United States District Court, Northern District of Illinois, the attached Consent to Exercise Jurisdiction By a United States Magistrate Judge.

                                                       Respectfully Submitted,
                                                       RICHARD A. DEVINE
                                                       State's Attorney of Cook County

                           By:    /s/Michael A. Kuczwara Jr.
                                      Michael A. Kuczwara Jr.
                                      500 Richard J. Daley Center
                                      Chicago, Illinois 60602
                                      (312) 603-3233

### CERTIFICATE OF SERVICE

    I, Michael A. Kuczwara Jr., Assistant State's Attorney, certify that I served this notice by depositing such copy in the United States Mail at 500 Richard J. Daley Center, Chicago, Illinois, in an envelope bearing sufficient postage and via the CM/ECF system in accordance with Local Rule 5.9 of the Northern District of Illinois on March 20, 2008.

                                                     /s/Michael A. Kuczwara Jr.
                                                     Michael A. Kuczwara Jr.