RECEIVED
JAN 02 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

FILED MHA
APR 1 6 2008
4-16-2008
Judge Blanche M. Manning
United Stat... Court

## Consent to Exercise of Jurisdiction
### By a United States Magistrate Judge

Case Title:
Derrick Hicks #R28626

V.

Officer Karlos #8787
Superintendent Plaxico
(et al")

Case Number: 07 c 6307

Assigned Judge: Blanche M. Manning

Designated
Magistrate Judge: Ashman

Name of Party or Parties:
Mr. Derrick Hicks

In accordance with the provisions of Title 28 U.S.C., the undersigned party or parties to the above-captioned civil matter hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in this case, including trial, and order the entry of a final judgment. Should this case be reassigned to a magistrate judge other than the magistrate judge designated pursuant to Local Rule 72, the undersigned may object within 30 days of such reassignment. If an objection is filed by any party, the case will be reassigned to the district judge before whom it was last pending.

12-15-07
Date

Derrick Hicks
Signature

Note: Please mail or deliver completed copies of this form to the Office of the Clerk of Court, United States District Court, 219 South Dearborn Street, Chicago, Illinois 60604.

(Rev. 05/00)

## Notice of Availability of a Magistrate Judge to Exercise Jurisdiction

In accordance with the provisions of 28 U.S.C. §636(c), Rule 73 of the *Federal Rules of Civil Procedure*, you are hereby notified that a magistrate judge of this Court is available to exercise the Court's jurisdiction and to conduct any or all proceedings in this case, including a jury or nonjury trial and entry of a final judgment. Exercise of this jurisdiction by a magistrate judge, however, is permitted only if all parties voluntarily consent.

You may withhold your consent without adverse consequences, but this action will prevent the Court's jurisdiction from being exercised by a magistrate judge. If any party withholds consent, the identity of the party or parties withholding consent or consenting will *not* be communicated to any magistrate judge or to the district judge to whom the case is assigned.

An appeal from a judgment entered by a magistrate judge may be taken directly to the United States court of appeals for this judicial circuit in the same manner as an appeal from any other judgment of a district court.

A copy of the form that may be used to indicate consent to the exercise of jurisdiction by a United States magistrate judge appears on the reverse side of this notice. Additional copies of this form are available from the Clerk of Court. For further information, you may contact the Office of the Clerk, 219 South Dearborn Street, Chicago, Illinois, 60604, or you may call (312) 435-5698.

Michael W. Dobbins
Clerk of Court

(Revised 05/00)