# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

|  |  |
|---|---|
| MR. DERRICK HICKS. | 07cv6307 |
| PLAINTIFF, | 07 C 6307 |
|  |  |
| VS. | HONORABLE JUDGE |
|  | BLANCHE MANNING |
| COOK COUNTY D.O.C. |  |
| OFFICER KARLOS #8787 |  |
| SUPERINTENDENT PLAXICO, |  |

FILED
JUN 13 2008
Jun 13, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## NOTICE OF ERROR

Please take notice that pursuant to Federal Rules Civil Procedure Rule 30, the Defendants didnot take deposition because of the date that was misprinted. (See notice of deposition dated May 1, 2008 of mailing, June 6, 2007 is the date of error.

MR. DERRICK HICKS R28626
MENARD CORRECTIONAL CENTER
P.O. BOX 711
MENARD, ILLINOIS 62259

*Derrick Hicks*