**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| MR. DERRICK HICKS, | ) | |
| | ) | |
| Plaintiff, | ) | 07 C 6307 |
| | ) | |
| vs. | ) | Honorable Judge |
| | ) | Blanche Manning |
| COOK COUNTY D.O.C., | ) | |
| OFFICER KARLOS #8787, | ) | Magistrate Judge Ashman |
| SUPERINTENDENT PLAXICO, | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION TO ENLARGE THE TIME PERIOD IN WHICH**
**TO COMPLETE DEPOSITION**

NOW COMES Defendants', Superintendent Plaxico and Officer Karlos through their attorney, RICHARD A. DEVINE, State's Attorney of Cook County, by his Assistant State's Attorney, Michael A. Kuczwara Jr., moves this Honorable Court to enlarge the time period in which to complete the deposition until August 31, 2008, and to vacate any and all defaults that may have b In support, defendant states:

1.    Defendants' Deposition was to be completed by July 15, 2008.

2.    The Defendants' Attorney scheduled the deposition of Plantiff before the deadline in Menard, IL.

3.    That the undersigned attorney experienced medical problems including two surgeries and extended medical stays at the Hospital. These problems were a hindereance to travel to Menard, IL.

4.    The undersigned is also defending over twenty other civil rights cases pending in this District which require litigation responsibilities too numerous to list here.

1

5.    The undersigned attorney is not being dilatory in bringing this motion, and apologizes to this Honorable Court for any inconvenience that this extension may cause.

WHEREFORE, the defendant respectfully requests that this Honorable Court  vacate any defaults, technical or otherwise that may have been entered, and grant an enlargement of time to  August 31, 2008, to depose plaintiff.

Respectfully submitted,

RICHARD A. DEVINE
State's Attorney of Cook County

By:___*s/Michael A. Kuczwara Jr.*_____
      Michael A. Kuczwara Jr.
      Assistant State's Attorney
      500 Richard J. Daley Center
      Chicago, Illinois 60602
      (312) 603-3233