## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| MR. DERRICK HICKS, | ) | |
| | ) | |
| Plaintiff, | ) | 07 C 6307 |
| | ) | |
| vs. | ) | Honorable Judge |
| | ) | Blanche Manning |
| COOK COUNTY D.O.C., | ) | |
| OFFICER KARLOS #8787, | ) | Magistrate Judge Ashman |
| SUPERINTENDENT PLAXICO, | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF MOTION

TO:  Derrick Hicks R – 28626
     Stateville – STV
     P.O. Box 112
     Joliet, IL 60434

PLEASE TAKE NOTICE that on July 22, 2008, at 10:30 a.m., I shall appear before the Honorable Ashman in the courtroom usually occupied by him in Room 1386 of the United States District Court, Northern District of Illinois, Eastern Division, and present the attached MOTION TO ENLARGE THE TIME PERIOD IN WHICH TO COMPLETE DEPOSITION.

                                        Respectfully Submitted,
                                        RICHARD A. DEVINE
                                        State's Attorney of Cook County

                        By:    /s/Michael A. Kuczwara Jr._
                               Michael A. Kuczwara Jr.
                               500 Richard J. Daley Center
                               Chicago, Illinois 60602
                               (312) 603-3233

### CERTIFICATE OF SERVICE

I, Michael A. Kuczwara Jr., Assistant State's Attorney, certify that I served this notice by depositing such copy in the United States Mail at 500 Richard J. Daley Center, Chicago, Illinois, in an envelope bearing sufficient postage and via the CM/ECF system in accordance with Local Rule 5.9 of the Northern District of Illinois on July 17, 2008.

                               /s/Michael A. Kuczwara Jr.
                               Michael A. Kuczwara Jr.