UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Derrick Hicks
                Plaintiff,

v.                                        Case No.: 1:07–cv–06307
                                        Honorable Martin C. Ashman

Officer Karlos, et al.
                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 22, 2008:

      MINUTE entry before the Honorable Martin C. Ashman: Defendants' motion to enlarge the time period in which to complete deposition [28] is granted without objection. Defendants' time to depose plaintiff is extended to 8/31/2008. Status hearing of 7/30/2008 is stricken. Status hearing reset to 9/8/2008 at 10:00 AM. Mailed notice.(is, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.