## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| MR. DERRICK HICKS, | ) | |
| | ) | |
| Plaintiff, | ) | 07 C 6307 |
| | ) | |
| vs. | ) | Honorable Judge |
| | ) | Blanche Manning |
| COOK COUNTY D.O.C., | ) | |
| OFFICER KARLOS #8787, | ) | Magistrate Judge Ashman |
| SUPERINTENDENT PLAXICO, | ) | |
| | ) | |
| Defendants. | ) | |

### DEFENDANT'S MOTION TO DEPOSE INCARCERATED PERSON

NOW COMES Defendants', Superintendent Plaxico and Officer Karlos through their attorney, RICHARD A. DEVINE, State's Attorney of Cook County, by his Assistant State's Attorney, Michael A. Kuczwara Jr., and pursuant Rule 30(a)(2) of the Federal Rules of Civil Procedure, moves this Honorable Court to take the deposition of Derrick Hicks. In support, Defendant states as follows:

1. That Derrick Hicks has been identified by the Plaintiff as a witness.

2. That the Defendant intends to take the deposition of Derrick Hicks on August 20, 2008.

3. That Derrick Hicks is presently incarcerated at the Illinois Department of Corrections, Menard Correctional Center, Menard, IL.

WHEREFORE, your Defendants', Superintendent Plaxico and Officer Karlos respectfully asks this Honorable Court to allow him to depose the incarcerated witness Derrick Hicks.

    Respectfully Submitted,

    RICHARD A. DEVINE
    State's Attorney of Cook County


By: S/ Michael A. Kuczwara Jr.
    Michael A. Kuczwara Jr.
    Assistant State's Attorney
    500 Richard J. Daley Center
    Chicago, IL 60602
    (312) 603-3233