## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Derrick Hicks

    Plaintiff,

v.               Case No.: 1:07–cv–06307
               Honorable Martin C. Ashman

Officer Karlos, et al.

    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 5, 2008:

   MINUTE entry before the Honorable Martin C. Ashman: Defendant's motion to depose incarcerated person [31] is granted. Motion hearing held on 8/5/2008 regarding motion for miscellaneous relief [31]. Mailed notice.(is, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.