UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DERRICK HICKS<br>PLAINTIFF<br>VS.<br>OFFICE KARLOS #8787<br>SUPERINTENDENT PLAXICO,<br>OF COOK COUNTY D.O.C. | 07CV6307<br>07 C 6307<br><br>HONORABLE JUDGE<br>BLANCHE MANNING |

FILED
AUG 11 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## MOTION FOR APPOINTMENT OF COUNSEL

I, Derrick Hicks declare that I am Plaintiff in the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

1. The Plaintiff, Derrick Hicks is in need of Counsel because he has know knowledge of civil procedures, and Plaintiff suffered from a dangerous disturbance that happened in the Cook County Jail Division-10 tier-4-D, that cause him severe injuries to his face, bruises ribs and stomach area, an a week it resulted to blood clots from his nose.

2. An Appointed Counsel is needed to show the court that Plaintiff can present evidence to state a claim by witness testimony by deposition, Plaintiff's medical records, and the duties that were not performed by defendant's who are held responsible for safety- and security of Plaintiff that cause severe injuries.

Therefore, Plaintiff, Derrick Hicks, is asking this court to grant this Motion for Appointment of Counsel in the above cause.

Date 8-4-08

DERRICK HICKS R28626
MENARD CORRECTIONAL CENTER
P.O. BOX 711
MENARD, ILLINOIS 62259

Derrick Hicks

# AFFIDAVIT

STATE OF ILLINOIS                                           07- C 6307

                    SS

COUNTY OF RANDOLPH                                   HONORABLE JUDGE
                                                                                   BLANCHE MANNING

I, Plainiff, Derrick Hicks, being duly sworn on oath states that he the Plaintiff in the attached cause. He has read the foregoing Motion for appointed Counsel and states the contents thereof are true and correct to the best of his knowledge.

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/1-109

                                      signed on this 8-4 day of _____, 2008

                                      _Derrick Hicks_____
                                                affiant

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DERRICK HICKS <br> PLAINTIFF <br><br> VS. <br><br> OFFICE KARLOS #8787 <br> SUPERINTENDENT PLAXICO <br> OF COOK COUNTY D.O.C. | 07 C 6307 <br><br> HONORABLE JUDGE <br> BLANCHE MANNING |

IN SUPPORT OF MOTION FOR APPOINTED COUNSEL

AN ATTEMPT TO RETAIN COUNSEL TO REPRESENT ME

I, Derrick Hicks, declare that I have made the following attempt to retain counsel to represent me in this proceeding:

1. UPTOWN PEOPLE'S LAW CENTER
   4413 NORTH SHERIDAN- CHICAGO, ILLINOIS 60640
   SEE ATTACHED LETTER  EXHIBIT-A

DATE  8-4-08

DERRICK HICKS R28626
MENARD CORRECTIONAL CENTER
P.O. BOX 711
MENARD, ILLINOIS 62259

*Derrick Hicks*

EXHIBIT-A

# UPTOWN PEOPLE'S LAW CENTER
4413 NORTH SHERIDAN • CHICAGO, IL 60640
773 • 769 • 1411    FAX   773 • 769 • 2224

July 2, 2008

### PRIVILEGED ATTORNEY-CLIENT COMMUNICATION

Derrick Hicks, R28626
Menard Correctional Center
711 Kaskaskia Street
P.O. Box 711
Menard, Il 62259

Re: Request for Assistance

Dear Mr. Hicks:

You recently sent a letter dated May 20, 2008 to Mayer Brown asking for legal assistance with you claim against the Department of Corrections. Mayer Brown has forwarded your letter to us for our review, as they do not accept cases directly, but only from referring agencies. For us to review your case we would like you to send us as much information regarding the incident. It would be greatly appreciated if you could send us any copies of your records. We wish you the best of luck and we are looking forward to hearing from you.

Sincerely,

**Uptown People's Law Center**