# NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| Derrick Hicks<br>PLAINTIFF<br><br>VS.<br><br>OFFICE KARLOS #8787<br>SuperINTENDent Plaxico<br>OF Cook County D.O.C. | 07 C 6307<br><br>HONORABLE JUDGE<br>BLANCHE MANNING<br><br>**FILED**<br>Sep 2, 2008<br>SEP 2 2008 MB<br>MICHAEL W. DOBBINS<br>CLERK, U.S. DISTRICT COURT |

## Motion to Review Deposition of Defendant's

1) I Derrick Hicks Declare that I am Plaintiff in the above entitled proceeding and state that I wont to Review the Deposition Before it be use in Court. The Date of Deposition was 8-19-08

2) Under No Circumstance I wont the Deposition to be use in Court without my Consent And Review

Therefore, Plaintiff, DERRick Hicks is Asking This court to Grant This Motion to Review Deposition of Defendant.

Derrick Hicks R 28626
Menard correctional Center
P.O. Box 711
Menard, Illinois 62259

Date 8-23-08

*Derrick Hicks*